# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DAEDALUS PRIME LLC,<br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al<br>*Defendants.* | Civil Action No. 2.22-cv-00353-JRG<br>(Lead Case) |
| DAEDALUS PRIME LLC,<br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al<br>*Defendants.* | Civil Action No. 2.22-cv-00354-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO EXTEND THE DEADLINES TO COMPLY WITH INFRINGEMENT, INVALIDITY, AND SUBJECT-MATTER ELIGIBILITY CONTENTIONS

Plaintiff Daedalus Prime LLC ("Daedalus") files this Unopposed Motion to Extend the Deadlines to Comply with Infringement, Invalidity, and Subject-Matter Eligibility Contentions as to each of the consolidated cases: Civil Action No. 2:22-cv-353 and Civil Action No. 2:22-cv-354, and, in support thereof, would respectfully show the Court as follows:

With respect to Cases 2:22cv353 and 2:22cv354, Plaintiff respectfully requests that the Court enter an Order to extend the deadline to comply with P.R. 3-1 and 3-2 (Infringement Contentions) from November 3, 2022 until and including November 17, 2022. Plaintiff also requests that the deadline for Defendants to comply with P.R. 3-3 & 3-4 (Invalidity Contentions) and to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions

(Subject-Matter Eligibility Contentions) be extended from December 29, 2022 until and including January 26, 2023.  These extensions are not sought for the purpose of delay but will allow the parties additional time so that they may fully comply with the disclosure requirements of this Court.  Additionally, Defendants' deadline to answer is currently January 3, 2023, and the extensions will ensure that Defendants' invalidity contentions and subject matter eligibility contentions are due after the deadline for answering or otherwise responding.

      A proposed order is attached herewith.

Dated: November 2, 2022

Respectfully Submitted,

  */s/  Garland  Stephens,  with  permission*
*Charles Everingham IV*
Garland Stephens
  LEAD ATTORNEY
  Texas Bar No. 24053910
  garland@bluepeak.law
Justin Constant
  Texas Bar No. 24067551
  justin@bluepeak.law
Robert Magee
  California Bar No. 271443
  robert@bluepeak.law
Anna Dwyer (to be admitted *pro hac vice*)
  New York Bar No. 5334875
  anna@bluepeak.law
Richard Koehl
  Texas Bar No. 24115754
  richard@bluepeak.law
Jeff Risher (to be admitted *pro hac vice*)
  California Bar No. 204089
  jeff@bluepeak.law

BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX  77025
Telephone: 281-972-3036


Of Counsel:
WARD SMITH & HILL, PLLC

Claire Abernathy Henry  
Texas State Bar No. 24053063  
claire@wsfirm.com  
Charles Everingham IV  
Texas Bar No. 00787447  
ce@wsfirm.com  
Andrea L. Fair  
Texas State Bar No. 24078488  
E-mail: andrea@wsfirm.com  
1507 Bill Owens Pkwy  
Longview, Texas 75604  
Phone: (903) 757-6400  
Fax: (903) 757-2323  

*Attorneys for Plaintiff Daedalus Prime LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is unopposed.

/s/ *Charles Everingham IV*  
Charles Everingham IV

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 2nd day of November, 2022.

/s/ *Charles Everingham IV*  
Charles Everingham IV