# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DAEDALUS PRIME LLC, <br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al <br> *Defendants.* | Civil Action No. 2.22-cv-00353-JRG <br> (Lead Case) |
| DAEDALUS PRIME LLC, <br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al <br> *Defendants.* | Civil Action No. 2.22-cv-00354-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

CAME TO BE CONSIDERED the Unopposed Motion to Extend the Deadlines to Comply with Infringement, Invalidity, and Subject-Matter Eligibility Contentions.

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that in Cases 2:22cv353 and 2:22cv354: (1) Plaintiff's deadline to comply with P.R. 3-1 and 3-2 is extended until and including November 17, 2022, (2) Defendant's deadline to comply with P.R. 3-3 & 3-4 is extended until and including January 26, 2023 and (3) Defendant's deadline to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions is extended until and including January 26, 2023.